# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **VINCENT MONTAGUE,** | ) | **CASE NO.1:22CV1878** |
| | ) | |
| **Plaintiff** | ) | **JUDGE CHRISTOPHER A. BOYKO** |
| | ) | |
| vs. | ) | |
| | ) | |
| **CITY OF CLEVELAND, ET AL.,** | ) | **JUDGMENT** |
| | ) | |
| **Defendant** | ) | |

**CHRISTOPHER A. BOYKO, J:**

The Court has filed its Memorandum Opinion in the above-captioned matter.

Accordingly, this action is terminated pursuant to Federal Rule of Civil Procedure 58.

IT IS SO ORDERED.


Date: August 19, 2025      /s/Christopher A.Boyko
                           CHRISTOPHER A. BOYKO
                           United States District Judge